No. 04-02-00105-CR


Tamala Janeka JACKSON,

Appellant


v.


The STATE of Texas,

Appellee


From the 290th Judicial District Court, Bexar County, Texas

Trial Court No. 2001-CR-5619

Honorable Sharon MacRae, Judge Presiding


PER CURIAM

 

Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Sandee Bryan Marion, Justice



Delivered and Filed: March 20, 2002


DISMISSED


 The defendant, Tamala Janeka Jackson, filed a general notice of appeal to complain of a
conviction based on a plea of nolo contendere. The punishment assessed did not exceed the
punishment recommended by the State and agreed to by the defendant. The trial court did not grant
defendant permission to appeal.

 Because defendant's notice of appeal does not comply with Texas Rule of Appellate
Procedure 25.2(b)(3), this court does not have jurisdiction to consider defendant's complaints on
appeal. White v. State, 61 S.W.3d 424 (Tex. Crim. App. 2001); Cooper v. State, 45 S.W.3d 77 (Tex.
Crim. App. 2001). We therefore dismiss the appeal for lack of jurisdiction.


 PER CURIAMDO NOT PUBLISH